UNITED STATES DISTRICT COURT

Northern District of California

DEREK WHEAT,

                Plaintiff(s),
  v.

COUNTY OF ALAMEDA,

                Defendant(s).
  _____/

No. C 11-04509 MEJ

**ORDER GRANTING PLAINTIFF'S REQUEST TO FILE CASE ELECTRONICALLY**

     Before the Court is Plaintiff Derek Wheat's request to file documents electronically through the e-filing system. Good cause appearing, Plaintiff's request is hereby GRANTED, on condition that Plaintiff first register as an Electronic Case Filing User on the Court's website. Specifically, Plaintiff must follow the registration procedure set forth at https://ecf.cand.uscourts.gov/cand/newreg/index.html. Once Plaintiff completes the registration procedure and receives an e-filing password from the ECF Help Desk, Plaintiff shall electronically file a notice stating that the e-filing password has been received. If such notice is filed, Plaintiff may thereafter file documents electronically, and Defendant(s) shall be relieved of their duty to serve Plaintiff with paper copies of each electronically-filed document.

     **IT IS SO ORDERED.**

Dated: October 19, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DEREK WHEAT,

        Plaintiff,

v.

COUNTY OF ALAMEDA et al,

        Defendant.

Case Number: CV11-04509 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 19, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Derek Wheat
P. O. Box 114
Belvedere, CA 94920

Dated: October 19, 2011

        Richard W. Wieking, Clerk
        By: Brenda Tolbert, Deputy Clerk