UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| DEREK WHEAT,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>　　　　　　Defendants.<br>_____/ | No. C 11-4509 MEJ<br><br>**ORDER TO SHOW CAUSE** |

On October 17, 2011, the Defendants in the above-captioned matter filed a motion to dismiss, with a noticed hearing date of December 1, 2011. (Dkt. No. 5.) However, Plaintiff failed to file an opposition pursuant to Civil Local Rule 7. Accordingly, the Court hereby VACATES the December 1 hearing and ORDERS Plaintiff Derek Wheat to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by November 17, 2011. If Plaintiff files a responsive declaration, the Court shall either issue an order based on the declaration or conduct a hearing on December 1, 2011 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. If Plaintiff fails to file a responsive pleading, Plaintiff is hereby informed that the Court may dismiss the case without a hearing. Thus, it is imperative that Plaintiff file a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: November 2, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge