UNITED STATES DISTRICT COURT

Northern District of California

DEREK WHEAT,                                                  No. C 11-4509 MEJ

           Plaintiff,                         **ORDER DISCHARGING ORDER TO**
  v.                                                        **SHOW CAUSE**

COUNTY OF ALAMEDA, et al.,

           Defendants.
_____/

On October 17, 2011, the Defendants in the above-captioned matter filed a motion to dismiss, with a noticed hearing date of December 1, 2011. Dkt. No. 5. However, Plaintiff failed to file an opposition pursuant to Civil Local Rule 7. Accordingly, the Court vacated the December 1 hearing and ordered Plaintiff Derek Wheat to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Dkt. No. 12. Having received Plaintiff's response and recognizing that he represents himself in this matter, the Court hereby DISCHARGES the order to show cause. However, Plaintiff should be mindful that failure to comply with court rules and deadlines in the future will likely result in the imposition of sanctions, including and up to dismissal of this case.

As Defendants' motion to dismiss remains pending, Plaintiff shall file any opposition by November 28, 2011. Defendants shall thereafter file any reply by December 8, 2011, and the Court shall conduct a hearing on December 22, 2011 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The December 22, 2011 Case Management Conference and all related deadlines are VACATED pending resolution of Defendants' motion.

**IT IS SO ORDERED.**

Dated: November 16, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge