UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| DEREK WHEAT, | No. C 11-4509 MEJ |
| Plaintiff, | **ORDER RE: MOTION TO STRIKE** |
| v. | **Re: Docket No. 24** |
| COUNTY OF ALAMEDA, et al., | |
| Defendants. | |
| _____/ | |

On January 24, 2012, Plaintiff Derek Wheat filed a Motion to Strike Defendants' Request for Judicial Notice. Dkt. Nos. 22, 24. Plaintiff noticed the motion for a hearing on February 16, 2012, which is not in compliance with Civil Local Rule 7. However, the Court shall construe Plaintiff's filing as an objection rather than a motion, and shall therefore consider it as part of Defendants' pending motion to dismiss. No further briefing is required.

**IT IS SO ORDERED.**

Dated: January 25, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge