UNITED STATES DISTRICT COURT

Northern District of California

DEREK WHEAT,                              No. C 11-4509 MEJ

           Plaintiff,                     **ORDER VACATING HEARING**

   v.

COUNTY OF ALAMEDA, et al.,

          Defendants.

_____/

     This matter is currently scheduled for a hearing regarding Defendants' Motion to Dismiss on February 16, 2012. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds this matter suitable for disposition without a hearing and hereby VACATES the February 16 hearing. The Court shall issue an order forthwith.

     **IT IS SO ORDERED.**

Dated: February 14, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge