UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| DEREK WHEAT,<br><br>              Plaintiff,<br>  v.<br>COUNTY OF ALAMEDA, et al.,<br><br>              Defendants.<br>_____/ | No. C 11-4509 MEJ<br><br>**ORDER VACATING HEARING** |

This matter is currently scheduled for a hearing regarding Defendants' Motion to Dismiss on February 16, 2012. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds this matter suitable for disposition without a hearing and hereby VACATES the February 16 hearing. The Court shall issue an order forthwith.

**IT IS SO ORDERED.**

Dated: February 14, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge