UNITED STATES DISTRICT COURT

Northern District of California

DEREK WHEAT,                              No. C 11-04509 MEJ

          Plaintiff(s),                   **ORDER VACATING HEARING**

  v.

COUNTY OF ALAMEDA,

          Defendant(s).

_____/

This matter is currently scheduled for a hearing regarding Defendants' Motion to Dismiss on May 31, 2012. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds this matter suitable for disposition without a hearing and hereby VACATES the May 31 hearing. The Court shall issue an order forthwith.

**IT IS SO ORDERED.**

Dated: May 29, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge