Steven C. Wolan (State Bar No. 56237)
Diane R. Stanton (State Bar No. 142196)
PATTON•WOLAN•CARLISE, LLP
1999 Harrison Street, Suite 1350
Oakland, CA 94612-3582
Telephone: (510) 987-7500
Facsimile: (510) 987-7575
Email: swolan@pwc-law.com;
dstanton@pwc-law.com

Attorneys for Defendants, COUNTY OF ALAMEDA, MICHAEL SCHWARTZ, DAVID SANCHAS (erroneously sued herein as DAVID SANCHES), GREGORY AHERN, SUSAN MURANISHI, NICHOLE BONSTEEL, RAYMOND LARA, DONALD BUCHANAN, ALLAN LAMB, AND CASEY NICE aka CHARLES NICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK WHEAT,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF ALAMEDA, MICHAEL SCHWARTZ, DAVID SANCHES, GREGORY AHERN, SUSAN MURANISHI, NICHOLE BONSTEEL, RAYMOND LARA, DONALD BUCHANAN (formerly DOE 1), ALLAN LAMB (formerly DOE 2), CASEY NICE aka CHARLES NICE (formerly DOE 3), and DOES 4-10, inclusive,<br><br>Defendants. | Case No.: C11-04509 MEJ<br><br>STIPULATION TO CONTINUE DATE FOR COMPLETION OF ADR<br><br><br><br><br><br>Complaint Filed: September 12, 2011 |

IT IS HEREBY STIPULATED BY AND BETWEEN the Parties that the ADR deadline for the completion of an ENE Conference be extended until January 31, 2013, and that the Early Neutral

///

///

Evaluator, Patrick Robbins, supports the extension of this deadline.

IT IS SO STIPULATED.

Dated: November 21st, 2012

PATTON ♦ WOLAN ♦ CARLISE, LLP

By: *[signature]*
STEVEN C. WOLAN
DIANE R. STANTON
Attorneys for Defendants, COUNTY OF ALAMEDA, MICHAEL SCHWARTZ, DAVID SANCHAS (erroneously sued herein as DAVID SANCHES), GREGORY AHERN, SUSAN MURANISHI, NICHOLE BONSTEEL, RAYMOND LARA, DONALD BUCHANAN, ALLAN LAMB, AND CASEY NICE aka CHARLES NICE

Dated: November 21, 2012

By: *[signature]*
DEREK WHEAT
Plaintiff in Pro Se

DATED: 12/19/2012

**GRANTED**
*[seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
Judge Maria-Elena James

---

STIPULATION TO CONTINUE DATE FOR COMPLETION OF ADR

Case No. C11-04509 MEJ)

2