Steven C. Wolan (State Bar No. 56237)
Diane R. Stanton (State Bar No. 142196)
PATTON•WOLAN•CARLISE, LLP
1999 Harrison Street, Suite 1350
Oakland, CA 94612-3582
Telephone: (510) 987-7500
Facsimile: (510) 987-7575
Email: swolan@pwc-law.com;
dstanton@pwc-law.com

Attorneys for Defendants, COUNTY OF ALAMEDA, MICHAEL SCHWARTZ, DAVID SANCHAS (erroneously sued herein as DAVID SANCHES), GREGORY AHERN, SUSAN MURANISHI, NICHOLE BONSTEEL, RAYMOND LARA, DONALD BUCHANAN, ALLAN LAMB, AND CASEY NICE aka CHARLES NICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK WHEAT,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF ALAMEDA, MICHAEL SCHWARTZ, DAVID SANCHES, GREGORY AHERN, SUSAN MURANISHI, NICHOLE BONSTEEL, RAYMOND LARA, DONALD BUCHANAN (formerly DOE 1), ALLAN LAMB (formerly DOE 2), CASEY NICE aka CHARLES NICE (formerly DOE 3), and DOES 4-10, inclusive,<br><br>　　　　Defendants. | Case No.: C11-04509 MEJ<br><br>STIPULATION TO CONTINUE DATE FOR COMPLETION OF ADR<br><br><br><br><br><br>Complaint Filed: September 12, 2011 |

IT IS HEREBY STIPULATED BY AND BETWEEN the Parties that the ADR deadline for the completion of an ENE Conference be extended until January 31, 2013, and that the Early Neutral

///

///

---

STIPULATION TO CONTINUE DATE FOR COMPLETION OF ADR　　　　　　　　　　　　　　Case No. C11-04509 MEJ)
1

Evaluator, Patrick Robbins, supports the extension of this deadline.

IT IS SO STIPULATED.

Dated: November 21st, 2012

PATTON ♦ WOLAN ♦ CARLISE, LLP

By: _____
STEVEN C. WOLAN
DIANE R. STANTON
Attorneys for Defendants, COUNTY OF ALAMEDA, MICHAEL SCHWARTZ, DAVID SANCHAS (erroneously sued herein as DAVID SANCHES), GREGORY AHERN, SUSAN MURANISHI, NICHOLE BONSTEEL, RAYMOND LARA, DONALD BUCHANAN, ALLAN LAMB, AND CASEY NICE aka CHARLES NICE

Dated: November 11, 2012

By: _____
DEREK WHEAT
Plaintiff in Pro Se

DATED: 12/19/2012

GRANTED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION TO CONTINUE DATE FOR COMPLETION OF ADR

Case No. C11-04509 MEJ)

2