UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

DEREK WHEAT,

    Plaintiff,

    v.

COUNTY OF ALAMEDA, et al.,

    Defendants.

_____/

No. C 11-4509 MEJ

**ORDER RE: ATTENDANCE AT ENE**

Date:        January 15, 2013
Evaluator:  Patrick Robbins

    IT IS HEREBY ORDERED that the request to excuse defendant Susan Muranishi from participating in the January 15, 2013, ENE session before Patrick Robbins is GRANTED, with the understanding that Barbara Lubben, Director of Risk Management for the County of Alameda, will attend the session.

    IT IS SO ORDERED.

January 7, 2013     By:    *Elizabeth D. Laporte*

Dated                       Elizabeth D. Laporte
                                  United States Magistrate Judge