AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA

DEREK WHEAT
        Plaintiff (s),
V.
COUNTY OF ALAMEDA, ET AL.
        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C11-04509 EMC

Notice is hereby given that, subject to approval by the court, __DEREK WHAT__ substitutes
(Party (s) Name)

__DANIEL A. GROUT__, State Bar No. __168282__ as counsel of record in
(Name of New Attorney)

place of __DEREK WHEAT IN PRO SE__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:     GROUT LAW FIRM
    Address:     20980 Redwood Road, Suite 260, Castro Valley, CA 94546
    Telephone:     (510) 387-7240     Facsimile   (510) 444-4223
    E-Mail (Optional):     dangrout@sbcglobal.net

I consent to the above substitution.
Date:     2/8/2013
                            (Signature of Party (s))

I consent to being substituted.
Date:
                            (Signature of Former Attorney (s))

I consent to the above substitution.
Date:     2/8/2013
                            (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:     February 11, 2013

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Maria-Elena James]*

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]