AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN      District of      CALIFORNIA

| | |
|---|---|
| DEREK WHEAT<br>Plaintiff (s),<br>V.<br>COUNTY OF ALAMEDA, ET AL.<br>Defendant (s), | CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY<br><br>CASE NUMBER: C11-04509 EMC |

Notice is hereby given that, subject to approval by the court, __DEREK WHAT__ substitutes
(Party (s) Name)

__DANIEL A. GROUT__, State Bar No. __168282__ as counsel of record in
(Name of New Attorney)

place of __DEREK WHEAT IN PRO SE__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:      GROUT LAW FIRM
Address:        20980 Redwood Road, Suite 260, Castro Valley, CA 94546
Telephone:      (510) 387-7240        Facsimile (510) 444-4223
E-Mail (Optional): dangrout@sbcglobal.net

I consent to the above substitution.
Date:    2/8/2013
                                                    (Signature of Party (s))

I consent to being substituted.
Date:
                                                    (Signature of Former Attorney (s))

I consent to the above substitution.
Date:    2/8/2013
                                                    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:    February 11, 2013
                                                    Judge Maria-Elena James

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]